OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG 06 2015

**7/29/2015**                                                    COA No. 14-14-00210-CR
**Johnson, Jonathan Glen    Tr. Ct. No. 1377007**                        PD-0397-15
On this day, the Appellant's Pro Se petition for discretionary review has been
refused.

Abel Acosta, Clerk

JONATHAN GLEN JOHNSON